ANTHONY J. SALUTO, Appellant, v TOWN OF CARMEL et al., Respondents. [928 NYS2d 641]—

The defendants established their prima facie entitlement to judgment as a matter of law. In opposition, the plaintiff failed to raise a triable issue of fact. Accordingly, the Supreme Court properly granted the defendants' motion for summary judgment dismissing the complaint (*see Zuckerman v City of New York*, 49 NY2d 557 [1980]). Skelos, J.P., Belen, Hall and Roman, JJ., concur.